IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF/RESPONDENT

    v.                 Civil No. 06-6027
                    Criminal No. 4:98cr60018

TYRONG RON GODBOLD                           DEFENDANT/MOVANT

### **ORDER**

Now on this 28th day of August 2006, there comes on for consideration the report and recommendation filed herein on August 11, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 51). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, we find that this Court lacks jurisdiction to consider the current § 2255 motion (Doc. 46) and the motion is hereby DISMISSED.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge